IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAUL LLOYD TYREE,                    2:12-CV-00192-JE

          Petitioner,              ORDER

v.

MARK NOOTH,

          Respondent.

BROWN, Judge.

    Magistrate Judge John Jelderks issued Findings and
Recommendation (#84) on April 14, 2015, in which he recommends
the Court grant Petitioner Paul Lloyd Tyree's Petition (#2) for
Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 as to Ground
Two related to Petitioner's conviction for Sexual Abuse of M.V.
in the First Degree, deny the Petition as to the remaining
asserted grounds related to Petitioner's convictions for other

1 - ORDER

crimes, and order Respondent "to immediately recalculate petitioner's sentences and void the sentence as to Count 4 if the petitioner is not given a new trial on Count 4 within 60 days of entry of judgment in this case." Petitioner and Respondent filed timely Objections. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

In their Objections both parties reiterate the arguments contained in their submissions related to the Petition. This Court has carefully considered the parties' Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#84) and, therefore, **GRANTS** the Petition (#2) for

2 - ORDER

Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 as to Ground
Two related to Petitioner's conviction for Sexual Abuse of M.V.
in the First Degree, **DENIES** the Petition as to the remaining
asserted grounds related to Petitioner's convictions for other
crimes, and **ORDERS** Respondent to recalculate Petitioner's
sentences.

The Court **DIRECTS** the parties to file a Joint Status Report
no later than 60 days after the entry of Judgment advising the
Court of the status of this matter.  The Court advises the
parties that if Petitioner is not given a new trial on Count 4
within 60 days of the entry of Judgment in this case,
Petitioner's sentence as to Count 4 is vacated.

IT IS SO ORDERED.

DATED this 5th day of June, 2015.


_____
ANNA J. BROWN
United States District Judge